UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

FEB 1 6 2010

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
ANGELA JONES, )
)
Defendant. )

**4:1 0CR00078TCM**

## INFORMATION

### COUNT ONE

The United States Attorney charges that:

On or about July 28, 2009, in the City of St. Louis within the Eastern District of Missouri,

### ANGELA JONES,

the Defendant herein, knowingly made a false statement in records of the Laborers Local 509, a

labor organization of which the defendant was president and which was required to file annual

financial reports pursuant to Title 29, United States Code Section 431. Specifically, the

defendant altered the records of her union to cover up her misuse of $5,000 in union funds for her

personal benefit.

In violation of Title 29, United States Code Section 439.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

Thomas C. Albus, #96250
Assistant United States Attorney

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Thomas C. Albus, Assistant United States Attorney for the Eastern District of Missouri,

being duly sworn, do say that the foregoing information is true as I verily believe.

Thomas C. Albus, #96250

Subscribed and sworn to before me this 16th day of February 2010.

CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK